No. 573. JULIUS KING OPTICAL COMPANY, PETITIONER, *v.* FREDERICK F. BILHOEFER ET AL. March 7, 1904. Petition for a writ of certiorari to the United States Circuit Court of.

Appeals for the Second Circuit denied. *Mr. H. Albertus West* for petitioner. *Mr. Wm. C. Strawbridge* for respondents.